# United States Bankruptcy Court

WESTERN DISTRICT OF WASHINGTON-TACOMA DIVISION

| | |
|---|---|
| In re    Jacarae Lea Fairbanks,<br><br>                  Debtor | NOTICE OF APPEAL AND STATEMENT OF ELECTION<br><br>Case No.<br>20-42304-BDL<br><br>Chapter 13 |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal: Prior secured creditor of real property that was sold to a bona-fide third party purchaser at a trustee's foreclosure sale six days before bankruptcy was filed.

For appeals in an adversary proceeding.
- ❏ Plaintiff
- ❏ Defendant
- ❏ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
- ❏ Debtor
- X Creditor
- ❏ Trustee
- ❏ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Motion for Retroactive Annulment of the Automatic Stay and Validation of the Execution, Delivery, and Recordation of Trustee's Deed

2. State the date on which the judgment, order, or decree was entered: January 25, 2021

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Jacarae Lea Fairbanks    Attorney: David C. Smith
   201 St. Helens Ave., Suite #205
   Tacoma, WA 98402
   (253) 272-4777

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s/ Nancy R. Tragarz        Date: 2/4/21
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Nancy R. Tragarz
Ghidotti | Berger
1920 Old Tustin Avenue
Santa Ana, CA 92705
949-427-2010

_____

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Entered on Docket January 25, 2021

**Below is the Order of the Court.**



_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| In re:<br><br>Jacarae Lea Fairbanks,<br><br>                Debtor. | Case No. 20-42304-BDL<br><br>ORDER DENYING WILMINGTON'S MOTION FOR RETROACTIVE ANNULMENT OF THE AUTOMATIC STAY AND VALIDATION OF THE EXECUTION, DELIVERY, AND RECORDATION OF TRUSTEE'S DEED |

On November 12, 2020, Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C ("Wilmington"), filed a motion seeking an order for retroactive annulment of the automatic stay and validation of the execution, delivery, and recordation of a trustee's deed issued by a foreclosure trustee after a nonjudicial foreclosure of the home of the debtor Jacarae Lea Fairbanks ("Fairbanks"), including supporting declarations. Dkt. No. 21. Fairbanks filed a Response to the Motion for Retroactive Annulment and Relief from Stay and Declarations of Fairbanks and her attorney David C. Smith. Dkt. Nos. 29–31. Wilmington filed a Reply and a Supplemental Declaration of Nancy Tragarz. Dkt. No. 32.

The Court issued an oral ruling on January 13, 2020, denying the motion to annul the stay, holding that the execution, delivery recordation of the Trustee's Deed did not fall under the "ministerial act" exception to the automatic stay, and denying relief from stay, but reserving ruling on the issue of whether the automatic stay applies to execution, delivery or recordation of the Trustee's Deed under Washington law. The Court subsequently analyzed the aforementioned pleadings in its Memorandum Decision on Motion for Retroactive Annulment of the Automatic Stay and Validation of Execution, Delivery, and Recordation of Trustee's Deed (Dkt No. 36), which the Court incorporates herein by reference. Therefore, it is hereby

ORDERED that Wilmington's motion to annul the stay is denied. It is further

ORDERED that Wilmington's motion to confirm the recordation of the Trustee's Deed as valid is denied. It is further

ORDERED that Wilmington's request for relief from stay is denied. It is further

ORDERED that the execution, delivery, and recordation of the Trustee's Deed were void acts because they were in violation of the automatic stay. It is further

ORDERED that Wilmington's alternative request for relief from stay to re-execute, redeliver, and rerecord the Trustee's Deed is denied.

///END OF ORDER///

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON, TACOMA DIVISION

| | |
|---|---|
| In re:<br><br>**Jacarae Lea Fairbanks**,<br><br>                  Debtor. | Case No.: 20-42304-BDL<br><br>CHAPTER 13<br><br>CERTIFICATE OF SERVICE |

I, Brandy Carroll, declare as follows:

      I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business is 1920 Old Tustin Ave, Santa Ana, CA 92705.

      On *February 5, 2021*, I served the foregoing document(s) described as;

- **NOTICE OF APPEAL AND STATEMENT OF ELECTION;**

The above listed document(s) were served on the interested parties in this action as follows:

<u>*via US Mail:*</u>

**Debtor:**
Jacarae Lea Fairbanks
18610 85th Ave E
Puyallup, WA 98375

**Debtors Counsel:**
David Smith
Attorney at Law
201 St Helens Ave
Tacoma, WA 98402

**Chapter 13 Trustee:**
Michael G. Malaier
2122 Commerce Street
Tacoma, WA 98402

**US Trustee:**
United States Trustee
700 Steward St Ste 5103
Seattle, WA 98101

**Judge's Copy:**
Certificate of Service
Page 1

**Eastside Funding, LLC**

Ghidotti Berger, LLP
1920 Old Tustin Avenue
Santa Ana, CA 92705
Tele: 949-427-2010

| | | |
|---|---|---|
| 1 | Hon. Judge Brian D Lynch<br>1717 Pacific Avenue, Suite 2100 | Attn: Chris Nelson<br>3927 Lake Washington Blvd NE |
| 2 | Tacoma, WA 98402-3233 | Kirkland, WA 98033 |
| 3 | | **Ladder Properties, LLC**<br>Attn: Ahmad Rabi |
| 4 | | 22525 141st Ave SE<br>Kent, WA 98042 |

Dated: February 5, 2021

/s/Brandy Carroll
Brandy Carroll

Certificate of Service
Page 2
Case 20-42304-BDL    Doc 39    Filed 02/05/21    Ent. 02/05/21 11:39:37    Pg 7 of 7

Ghidotti Berger, LLP
1920 Old Tustin Avenue
Santa Ana, CA 92705
Tele: 949-427-2010