| | |
|---|---|
| David C. Smith, Attorney<br>201 Saint Helens Ave<br>Tacoma, WA 98402<br>253-272-4777 phone<br>253-461-8888 fax | Hon. Brian D. Lynch<br>Chapter 13<br>Hearing Date: Mar 31, 2021<br>Hearing Time: 1:30 p.m.<br>Response Due: Mar 24, 2021<br>Location: Telephonically |

**UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| IN RE:<br><br>JACARAE LEA FAIRBANKS<br><br>Debtor | CHAPTER 13<br><br>NO. 20-42304-BDL<br><br>NOTICE OF HEARING AND MOTION REQUESTING APPROVAL OF AMENDED PLAN |

## NOTICE

**PLEASE TAKE NOTICE** that a hearing on the Debtor's Motion Requesting Approval of a Modified Plan Post-Confirmation will be heard before the Honorable Judge Brian D. Lynch at 1:30 P.M on March 31, 2021, telephonically

Dial: 1-888-363-4749

Access Code: 5974828#

To join the call: Press # sign again

Security Code:8109#

Name: Speak your name when prompted

**MOTION TO APPROVE AMENDED PLAN**
Page 1

David Clement Smith
ATTORNEY AT LAW
201 Saint Helens Avenue
TACOMA, WASHINGTON 98402
TELEPHONE (253) 272-4777
FAX (253) 461-8888

Case 20-42304-MJH    Doc 51    Filed 02/24/21    Ent. 02/24/21 23:17:15    Pg. 1 of 3

**RESPONSE DUE**

IF YOU OPPOSE the motion, you must file your written response with the court clerk, the undersigned and Chapter 13 Trustee NOT LATER THAN the RESPONSE DATE, which is March 24, 2021. You must also appear at the schedule hearing should you object. IF NO OBJECTION is timely filed and served, the Court may, in its discretion, grant the motion prior to the hearing, without further notice, and strike the hearing.

**MOTION**

**COMES NOW**, JACARAE LEA FAIRBANKS, the above-named Debtor, by and through his attorney of record, David Clement Smith, and hereby moves this Court for an Order to confirm the Amended Chapter 13 Plan. The Debtor shows in support thereof as follows:

1. The Debtor filed a Chapter 13 bankruptcy on October 8, 2020. (ECF No.1).

2. The Debtor filed a Chapter 13 Plan (the "Plan") on October 23, 2020. (ECF No.16).

3. The Debtor filed a First Amended Chapter 13 Plan ("First Amended Plan") on January 12, 2021. (ECF No. 33).

4. On February 10, 2021, an Agreed Order denying the First Amended Plan was entered requiring the Debtor to file a feasible amended plan within 14 days of entry of the order. (ECF no. 43).

5. The Debtor filed a new amended plan on February 24, 2021 (ECF No. 50)

6. The Debtor proposes the following changes:

**MOTION TO APPROVE AMENDED PLAN**
Page 2

**David Clement Smith**
ATTORNEY AT LAW
201 Saint Helens Avenue
TACOMA, WASHINGTON 98402
TELEPHONE (253) 272-4777
FAX (253) 461-8888

a. Plan Payments: **Current**: $2,100.00 Monthly; **Proposed** $2,170.00 Monthly.

b. Debtor included new language in Section X(1) regarding transferring debtor's real property back into debtors name as needed or required.

c. Debtor included language in Section X(2) regarding damages associated with several creditors violation of the automatic stay.

d. Debtor included new language in Section X(3) relating to wrongful foreclosure. Language added to include in the adversary claims to determine the nature and extent of statutory liens which may exists against debtor's real property.

e. Debtor included new language in Section X(4) relating to debtors payment of arrearages as needed or required.

f. Debtor included language in Section X(5) to identify repayment of first amended plan arrearages.

**WHEREFORE** the Debtor respectfully request that the Motion to Confirm Amended Plan ECF No 50 be granted.

**DATED** this 24th Day of February 2021

By: /s/ David Clement Smith
David Clement Smith, WSBA #29824
Attorney for Debtor

MOTION TO APPROVE AMENDED PLAN
Page 3

**David Clement Smith**
ATTORNEY AT LAW
201 Saint Helens Avenue
TACOMA, WASHINGTON 98402
TELEPHONE (253) 272-4777
FAX (253) 461-8888

Case 20-42304-MJH    Doc 51    Filed 02/24/21    Ent. 02/24/21 23:17:15    Pg. 3 of 3