David C. Smith, WSBA #29824
201 St. Helens Ave
Tacoma, WA 98402
Phone (253) 272.4777
Fax (253) 461.8888

Hon. Brian D. Lynch
Hearing Date: May 11, 2022
Hearing Time: 1:30
Location: Courtroom I
Response Date: May 10 ,2022

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

In re:

JACARAE LEA FAIRBANKS

Debtor.

NO 20-42304- BDL
**DEBTOR'S MOTION FOR APPROVAL OF SALE OF REAL PROPERTY**

## NOTICE

**PLEASE TAKE NOTICE** that a hearing on the Debtor's Motion Requesting Approval of Confirmation of an Amended Plan will be heard before the Honorable Judge Brian D. Lynch at 1:30 P.M on May 11, 2022, at 1717 Pacific Avenue, Tacoma WA, 98402, Courtroom I.

## RESPONSE DUE

IF YOU OPPOSE the motion, you must file your written response with the court clerk, the undersigned and Chapter 13 Trustee NOT LATER THAN the RESPONSE DATE, which is May 10, 2022. You must also appear at the schedule hearing should you object. IF NO OBJECTION is timely filed and served, the Court may, in its discretion, grant the motion prior to the hearing, without further notice, and strike the hearing.

**DEBTOR'S MOTION FOR APPROVAL OF SALE OF REAL PROPERTY**

Page 1 of 5

**David Clement Smith**
ATTORNEY AT LAW
201 Saint Helens Avenue
TACOMA, WASHINGTON 98402
TELEPHONE (253) 272-4777
FAX (253) 461-8888

# MOTION TO SELL

Jacarae Lea Fairbanks (the "Debtor") by and through her counsel, the Law Offices of David Smith, PLLC, respectfully submits this Motion for Approval of Sale of Real Property located at 18610 85th Ave E, Puyallup WA, 98375 (the "Motion"). The proposed sale price is $485,000. This property is encumbered by the first deed of trust with an estimated payoff of $355,181.15. After the cost of sale, taxes and utilities, and payoff to creditor, the remaining funds due to the seller are estimated to be $78,000.

The Debtor believes it is in the best interest of its creditors to complete the sale and therefore requests that this Court enter an Order approving the Motion. The Debtor anticipates that the lender, FCI will not object to this motion.

The Debtor will remain in a Chapter 13 plan and pay the remaining creditors is a 100% until final discharge pa

This Motion is supported by the concurrently filed Declaration of the Debtor and the exhibits thereto, and on the records and pleadings on file herein.

## I. STATEMENT OF THE CASE

**A. The Sale Agreement.**

Debtor seeks approval to sell the Real Property (the "Property"), described fully below to the proposed buyer, Zillehuma Shakir. A true and correct copy of the Purchase and Sale Agreement ("PSA") is attached to the Declaration of Debtor, **Exhibit A.**

A draft Settlement Statement between Debtor and the buyer is attached to the Declaration of the Debtor, **Exhibit B**. The payoff figures and closing costs are estimated

**DEBTOR'S MOTION FOR APPROVAL OF SALE OF REAL PROPERTY**

Page 2 of 5

**David Clement Smith**
ATTORNEY AT LAW
201 Saint Helens Avenue
TACOMA, WASHINGTON 98402
TELEPHONE (253) 272-4777
FAX (253) 461-8888

Case 20-42304-MJH    Doc 110    Filed 05/06/22    Ent. 05/06/22 12:33:35    Pg. 2 of 5

and cannot be fully calculated until actual payoff figures are received and the final HUD-1 settlement statement is prepared.

**B. The Real Property to be Sold.**

The Debtor property to be sold consist of real property located in 14306 18610 85th Avenue E, Puyallup, WA 98375 ("Property").

The Debtor seeks the Court approval to sell the Property for $485,000. The Purchase Price represents the fair market value for the Property. Given the condition of the property and the uncertainty of current economy and lack of other offers, this proposed sale presents the greatest opportunity to sell the Property.

Close of Escrow shall occur following this Court's Order approving the sale. The remaining terms of the sale transaction are as specified in the PSA.

**C. The Buyer**

The buyer Zillehuma Shakir is independent from the seller and has no relationship to the seller. This is an arm's length transaction and both parties are acting in their own self-interest.

## II. LEGAL AUTHORITY & ARGUMENT

**A. Authority to Sell Property.**

11 U.S.C. § 363(b)(1), which states in pertinent part as follows: "The trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate[.]" *See*, 11 U.S.C. § 363(b)(1). 11 U.S.C. § 363(f), in pertinent part provides:

DEBTOR'S MOTION FOR APPROVAL OF
SALE OF REAL PROPERTY

Page 3 of 5

David Clement Smith
ATTORNEY AT LAW
201 Saint Helens Avenue
TACOMA, WASHINGTON 98402
TELEPHONE (253) 272-4777
FAX (253) 461-8888

Case 20-42304-MJH    Doc 110    Filed 05/06/22    Ent. 05/06/22 12:33:35    Pg. 3 of 5

**The trustee may sell property under subsection (b) or (c) of this section free and clear of any interest in such property of an entity other than the estate**, only if—
    (1) applicable non-bankruptcy law permits sale of such property free and clear of such interest;
    (2) such entity consents;
    (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
    (4) such interest is in bona fide dispute; or
    (5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

The sale of the real property shall be free and clear of the ownership interest of all record owners, their predecessors and/or successors in interest including any unrecorded equitable or legal interests in the property.

The Proposed Sale is fair and reasonable and is in the best interest of all the creditors in this case. Considering that no offers has been presented for a greater amount and since the property has been listed and given the uncertainty of the economy in general, the Proposed Sale is currently the greatest opportunity to sell the property.

Also, the Debtor in Possession may entertain any other better offers up to the date of the hearing to sell the property. Such offers may be considered if presented prior to the hearing date.

Accordingly, the Proposed Sale should be approved.

### III. CONCLUSION

For the aforementioned reasons, the Debtor respectfully request that this Court issue an order grating the following:

DEBTOR'S MOTION FOR APPROVAL OF
SALE OF REAL PROPERTY

Page 4 of 5

David Clement Smith
ATTORNEY AT LAW
201 Saint Helens Avenue
TACOMA, WASHINGTON 98402
TELEPHONE (253) 272-4777
FAX (253) 461-8888

Case 20-42304-MJH    Doc 110    Filed 05/06/22    Ent. 05/06/22 12:33:35    Pg. 4 of 5

1. The Debtor may go forward with the Proposed Sale of the Property as contemplated in the Purchase and Sale Agreement attached to the Declaration of the Debtor.

2. For an order waiving the 14-day stay described in 6004(h)

3. Other such and further legal and equitable relief as the Court deems just and proper.

DATED this 6th day of May 2022

                                                The Law Offices of David Smith, PLLC

                                                /s/ *David Clement Smith*
                                                David Clement Smith, WSBA #29824
                                                Attorney for Debtor

**DEBTOR'S MOTION FOR APPROVAL OF SALE OF REAL PROPERTY**

Page 5 of 5

**David Clement Smith**
ATTORNEY AT LAW
201 Saint Helens Avenue
TACOMA, WASHINGTON 98402
TELEPHONE (253) 272-4777
FAX (253) 461-8888

Case 20-42304-MJH    Doc 110    Filed 05/06/22    Ent. 05/06/22 12:33:35    Pg. 5 of 5