David C. Smith, WSBA #29824
201 St. Helens Ave
Tacoma, WA 98402
Phone (253) 272.4777
Fax (253) 461.8888

Hon. Brian D. Lynch
Hearing Date: May 11, 2022
Hearing Time: 1:30
Location: Courtroom I
Response Date: May 10 ,2022

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

JACARAE FAIRBANKS

    Debtor.

NO: 20-42304

**DECLARATION OF DEBTOR**

I, Jacarae Fairbanks make this declaration in support of my Motion for Approval of Sale of Real Property (the "Motion").

1. I am seeking this Court's approval of the sale of Property 18610 85th Ave E, Puyallup, WA 98375.

2. A true and correct copy of the Purchase and Sale Agreement and estimated Sellers Closing Statement is attached hereto as **Exhibit A** and is incorporated herein by reference (the "PSA"). The sale price for the Property is $485,000 (the "Proposed Sale"). The remaining terms of the sale transaction are specified in the attached **Exhibit A.**

3. Attached hereto as **Exhibit B** is Estimated Settlement Statement. After the cost of sale, taxes and utilities, the remaining funds is estimated to be $82,000. However, the final amount will be determined at closing.

**Declaration of Debtor**

Page 1 of 2

**David Clement Smith**
ATTORNEY AT LAW
201 Saint Helens Avenue
TACOMA, WASHINGTON 98402
TELEPHONE (253) 272-4777
FAX (253) 461-8888

4. The creditor, FCI Lender has a secured lien on the property which will be paid directly from escrow.

5. To date, this is the best offer I have been presented, in the amount of given the uncertainty of the economy in general I believe that the current offer is fair and reasonable.

6. The Proposed Sale is reasonable, well-negotiated, and will result in the Payment of fair market value for the Property and is in the best interests of all the creditors in this case.

7. Close of Escrow shall occur following this Court's Order approving the sale

8. After the sale of the property, I will use the remaining proceeds to move from the property and to move into another location with my family

9. I intend on staying inside the chapter 13 and make monthly payments until I receive a discharge and my bankruptcy is completed. .

10. Upon information and belief, I certify under the penalty of perjury that the foregoing is true and correct.

DATED this 4th day of May 2022

__/s/_ Jacarae Fairbanks
Jacarae Fairbanks
Debtor

**Declaration of Debtor**

Page 2 of 2

**David Clement Smith**
ATTORNEY AT LAW
201 Saint Helens Avenue
TACOMA, WASHINGTON 98402
TELEPHONE (253) 272-4777
FAX (253) 461-8888