## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>JACARAE LEA FAIRBANKS<br><br>Debtor. | No: 20-42304<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL OF SALE OF REAL PROPERTY** |

THIS MATTER having come before the Court on the Debtor's Motion for Approval of Sale of Real Property for an Order Approving Sale of Real Property located at 18610 85th Ave E, Puyallup WA, 98375, the Notice of Motion was served on creditors and parties requesting notice of proceedings as evidenced by the Proof of Service on file herein; The Court having reviewed the Motion and the records herein and deeming itself fully advised, it is hereby;

**ORDER**

Page 1 of 2

David Clement Smith
ATTORNEY AT LAW
201 Saint Helens Avenue
TACOMA, WASHINGTON 98402
TELEPHONE (253) 272-4777
FAX (253) 461-8888

ORDERED, ADJUDGED AND DECREED as follows:

1. The Debtor is authorized to sell the property located at 18610 85th Ave E, Puyallup WA, 98375.

2. The Purchase and Sale Agreement between the Debtor and buyer shall be hereby approved.

3. Approval of the sale is conditioned upon payment at closing the full amount due to the first mortgage lender for satisfaction of its secured claim, or in such other amount as the lender may otherwise agree in writing to accept.

4. A copy of the final closing statement shall be provided to the Trustee within 30 days of closing.

5. All valid lien holders shall be paid through the proceeds in the same order and priority that currently exists.

6. The remaining proceeds will be sent directly to the Debtor and Debtor will continue to remain in the Chapter 13 Bankruptcy.

7. The 14- day stay provided by Bankruptcy Rule 6004(h) is waived.

///END OF ORDER//

LAW OFFICE OF DAVID SMITH, PLLC.

/s/ David C. Smith
DAVID C. SMITH, WSBA #29824
Attorney for Debtor

**ORDER**

Page 2 of 2

**David Clement Smith**
ATTORNEY AT LAW
201 Saint Helens Avenue
TACOMA, WASHINGTON 98402
TELEPHONE (253) 272-4777
FAX (253) 461-8888